IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHELLEY CONVERSET,            :

    Plaintiff,             :    Case No. 3:12cv00020

 vs.                           :    District Judge Thomas M. Rose
                                                           Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,            :
Acting Commissioner of the Social
Security Administration,      :

    Defendant.             :

## DECISION AND ORDER

      This case is before the Court upon Plaintiff's Application For Fees And Expenses Pursuant To The Equal Access To Justice Act (EAJA), 28 U.S.C. §2412 (Doc. #16).  The Commissioner has not filed a Memorandum in Opposition or otherwise responded to Plaintiff's Application.

      Plaintiff seeks an award of attorney fees under the EAJA in the amount of $3,093.75 for attorney work performed in this case and in this Court. In the absence of opposition or response by the Commissioner, Plaintiff's Application and supporting documents establish that she is entitled to an award of attorney fees under the EAJA in the total amount she seeks.

      Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Application For Fees And Expenses Pursuant To The Equal Access To Justice Act (Doc. #16) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees under the EAJA in the total amount of $3,093.75; and

3. The case remains terminated on the docket of this Court.

September 3, 2013                                             *s/THOMAS M. ROSE

                                                                    Thomas M. Rose
                                                              United States District Judge